IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| CENTURY BANK, | ) |
| Plaintiff, | ) CASE NO. 1:22-cv-00423-GJF-SMV |
| vs. | ) |
| ADT COMMERCIAL LLC, | ) |
| Defendant. | ) |

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME**

This matter, having come before the Court on ADT's Unopposed Motion for Extension of Time, is hereby GRANTED by this Court, upon a finding of good cause.

IT IS THEREFORE ORDERED that ADT shall have up to and including June 24, 2022 in which to file its responsive pleading or any pre-answer motion permitted by Federal and Local Rules.

IT IS FURTHER ORDERED that Century Bank's agreement to the extension is without prejudice to its right to file a motion for remand pursuant to 28 U.S.C. § 1447.

**SO ORDERED**.

June 13, 2022
Date

The Honorable Stephan Vidmar
United States Magistrate Judge

1

Submitted by:

MODRALL SPERLING

By: */s/  Nathan T. Nieman*
Nathan T. Nieman
New Mexico Bar No. _____
P.O. Box 2168
Albuquerque, NM  87103-2168
500 Fourth Street
Suite 1000
Albuquerque, NM  87102
Telephone:  505-848-1800
Facsimile:  505-449-2086
ntn@modrall.com

**Attorneys for Defendant**
**ADT Commercial LLC**

Approved:

By:  *Approved by Email 6/9/2022*
James R. Jurgens
JURGENS & WITH, P.A.
100 La Salle Circle
Suite A
Santa Fe, NM  87505
Telephone:  505-984-2020
Facsimile:  505-982-6417
jrj@j-wlaw.com

**Attorneys for Plaintiff**
**Century Bank**